IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
TUCSON DIVISION

IN RE:  
**TOMAS RUIZ LOPEZ**  
**LISA MARGARITA LOPEZ**  
_____Debtor(s)._____/

Case No.: 26-01595

Chapter 13

Judge: Brenda Moody Whinery

## REQUEST FOR NOTICE

**COMES NOW,** Christopher Giacinto of Padgett Law Group, and files this Request for Notice on behalf of Figure Lending LLC, and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the address below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED**: 03-03-2026

Respectfully submitted,

/S/ Christopher Giacinto
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
plginquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
TUCSON DIVISION

In Re:
**TOMAS RUIZ LOPEZ**
**LISA MARGARITA LOPEZ**   Case No.: 26-01595
   Debtor(s)   Chapter: 13

## CERTIFICATE OF SERVICE

I, hereby certify that on 03-03-2026, a true and correct copy of the foregoing document was served via United States Mail with adequate prepaid postage and/or electronically via the Court's ECF system:

**Service by U.S. First Class Mail**
*Debtor 1*
**TOMAS RUIZ LOPEZ**
**7105 W FESTIVAL WAY**
**TUCSON, AZ 85757**

*Debtor 2*
**LISA MARGARITA LOPEZ**
**7105 W FESTIVAL WAY**
**TUCSON, AZ 85757**

**By Electronic Mail**

*Attorney for Debtor*
**GERMAN YUSUFOV**

*Trustee*
**DIANNE C. KERNS**

/s/ Christopher Giacinto
Christopher Giacinto