Michael Chen, Esq. SBN 17967
Kristin McDonald, Esq. SBN 027082
Ilene Dell'Acqua, Esq. SBN 036596
**McCARTHY & HOLTHUS, LLP**
8502 E. Via De Ventura, Suite 140
Scottsdale, AZ 85258
Phone (480) 302-4250
Fax (480) 302-4101
bknotice@mccarthyholthus.com

Attorneys for Freedom Mortgage Corporation, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

TUCSON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 4:26-bk-01595-BMW |
| | § | |
| Tomas Ruiz Lopez and Lisa Margarita Lopez, | § § | Chapter 13 |
| Debtors. | § § § | |

**REQUEST FOR SPECIAL NOTICE PURSUANT TO BANKRUPTCY RULES 2002, 9014, and 7004**

**PLEASE TAKE NOTICE** that McCarthy & Holthus, LLP and Freedom Mortgage Corporation hereby request to be added to the master mailing list and to receive special notice of all matters which must be noticed pursuant to the Federal and Local Rules of Bankruptcy Procedure at the following addresses:

Freedom Mortgage Corporation            McCarthy & Holthus LLP
Attention: Payment Processing           2763 Camino Del Rio S, Suite 100
11988 Exit 5 Pkwy Bldg. 4               San Diego, CA 92108-2607
Fishers, IN 46037-7939

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed. R. Bankr. P. 7004. Freedom Mortgage Corporation must be served directly and does not expressly or impliedly authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed. R. Bankr. P. 7004.

Dated: 3/12/2026                        **McCarthy & Holthus, LLP**

                                        By: */s/ Kristin McDonald*
                                            Kristin McDonald, Esq.
                                            *Attorneys for Freedom Mortgage Corporation*

On 3/12/2026, I served the foregoing **REQUEST FOR SPECIAL NOTICE** on the following individuals by electronic means through the Court's ECF program:

| TRUSTEE | DEBTOR(S) COUNSEL | US TRUSTEE |
|---|---|---|
| Dianne C. Kerns | German Yusufov | USTPRegion14.PX.ECF@ |
| mail@dcktrustee.com | bankruptcy@yusufovlaw.com | USDOJ.GOV |

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

          /s/ George Chiriac
          George Chiriac

On 3/12/2026, I served the foregoing **REQUEST FOR SPECIAL NOTICE** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTORS
Tomas Ruiz Lopez, 7105 W Festival Way, Tucson, AZ 85757

Lisa Margarita Lopez, 7105 W Festival Way, Tucson, AZ 85757

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

          /s/ Hue Banh
          Hue Banh

File No. AZ-26-191879      2      Case No. 4:26-bk-01595-BMW
Re: 7105 W Festival Way      Request for Special Notice
Case 4:26-bk-01595-BMW    Doc 16    Filed 03/12/26    Entered 03/12/26 10:25:45    Desc
Main Document      Page 2 of 2